# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2018

153367

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTON T. BLEVINS,
      Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 153367
COA: 315774
Wayne CC: 12-001086-FC

By order of September 21, 2016, the application for leave to appeal the February 11, 2016 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t0117

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2018



Clerk